IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**TYLER LANE GRAHAM**                                              **PETITIONER**

**v.**                                   **CIVIL ACTION NO.: 1:13CV559KS-MTP**

**WARDEN TIMOTHY MORRIS**                            **RESPONDENT**

## **JUDGMENT**

This matter having come on to be heard on this date upon the Report and Recommendation of the United States Magistrate Judge entered herein on June 6, 2016, and the Court after full review of the record having adopted said Report and Recommendation as the finding of this Court, finds this matter should be **dismissed** WITH prejudice.

**The plaintiff is hereby notified that, pursuant to Rule4(a) of the Federal Rules of Appellate Procedure, he has the right to appeal this Order to the United States Court of Appeals for the Fifth Circuit within thirty (30) days of the entry of the final judgment in this matter.**

IT IS, THEREFORE, ORDERED AND ADJUDGED that the above captioned cause be, and the same hereby is, **dismissed** WITH prejudice.

SO ORDERED this the 27th day of June, 2016.

                                                             *s/ Keith Starrett*
                                                             UNITED STATES DISTRICT JUDGE